UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

ARNOLD LEVINE,

Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____

19-CR-810 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, March 31, 2020, is adjourned to Tuesday, April 28, 2020, at 11:30 a.m. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
      March 23, 2020

          /s/ Kimba M. Wood /
        KIMBA M. WOOD
      United States District Judge