```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/16/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                                                          19-CR-810 (KMW)

    -against-

                                                         **ORDER**

ARNOLD LEVINE,

                Defendants.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

        In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, July 30, 2020, is adjourned to September 10, 2020, at 10:00 a.m.

Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

        SO ORDERED.

Dated: New York, New York
         July 16, 2020

                                                          /s/ Kimba M. Wood /
                                                        KIMBA M. WOOD
                                                United States District Judge