## Federal Defenders
OF NEW YORK, INC.

52 Duane Street
Tel: (212)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/20

David E. Patton
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2020

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **United States v. Arnold Levine**
      **19 Cr. 810 (KMW)**

Honorable Judge Wood:

    A status conference in the above-captioned case is currently scheduled for September 10, 2020. Given the current COVID-19 pandemic, the parties respectfully request that the September 10 conference be adjourned for approximately 30 days. The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

*The conference is adjourned to October 21, 2020, at 9:00 a.m.*

Respectfully submitted,

/s/ Marne Lenox
Marne Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED: N.Y., N.Y. 9/8/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc:   Samuel Rothschild, Assistant U.S. Attorney (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA           :

      -v-                                  :                    ORDER

ARNOLD LEVINE,                          :                    19 CR 810 (KMW)

            Defendant.            :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on October 21, 2020, at 9:00 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for September 10, 2020, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until October 21, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       September 8, 2020

                                                       _____
                                                           KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE