```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ARNOLD LEVINE,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 810 (KMW)

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference in the above-captioned case on Wednesday, October 21, 2020, at 10:30 a.m.

       To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

       SO ORDERED.

Dated: New York, New York
          October 19, 2020

                                                        _/s/ Kimba M. Wood_
                                                         KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE