# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2020__

December 1, 2020

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:  **United States v. Arnold Levine**
     **19 Cr. 810 (KMW)**

Honorable Judge Wood:

    A status conference in the above-captioned case is currently scheduled for December 2, 2020. Arnold Levine has indicated his interest in an in-person change of plea hearing, which the Court referred to Magistrate Court. The Government has twice requested the hearing; because of the current COVID-19 pandemic, the Government's requests have been denied. On November 30, 2020, Chief Judge McMahon issued a standing order effective December 1, 2020, suspending in-person operations in the Southern District of New York until January 15, 2021. Accordingly, the parties request the Court adjourn this matter for a control date on January 20, 2021.

**Granted -KMW**

    The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marne Lenox
Marne Lenox
Assistant Federal Defender

(212) 417-8721

cc:   Samuel Rothschild, Assistant U.S. Attorney

The December 2, 2020 conference is adjourned to January 20, 2021 at 11:00am.

Time is excluded until January 20, 2021. The Court finds that this exclusion is in the best interests of justice because it would allow the parties time to continue discussing pretrial disposition of this matter.

SO ORDERED.
Dated:  December 2, 2020
New York, New York

*/s/ Kimba M. Wood*

The Honorable Kimba M. Wood
United States District Judge