UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

          -against

ARNOLD LEVINE,

                          Defendant.
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/21

**ORDER**
19 CR 810 (KMW)

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the conference currently scheduled for Wednesday, January 20, 2021, is adjourned to Monday, January 25, 2021, at 11:00 a.m.

      SO ORDERED.

Dated: New York, New York
          January 12, 2021

                                                    KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE