# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

RE:   **United States v. Arnold Levine**
      **19 Cr. 810 (KMW)**

Honorable Judge Wood:

A status conference in the above-captioned case is currently scheduled for January 25, 2021. Since his last court date, Arnold Levine has indicated his interest in an in-person change of plea hearing. On November 30, 2020, Chief Judge McMahon issued a standing order effective December 1, 2020, suspending in-person operations in the Southern District of New York until January 15, 2021. On January 6, 2021, Chief Judge McMahon extended this order through February 12, 2021. Accordingly, the parties respectfully request the Court adjourn this matter for a control date after February 12, 2021.   *Granted*

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).   *Granted*

Thank you for your consideration of this request.

*The conference is adjourned, as a control date, to February 22, 2021, at 11:00 a.m. Time is excluded through February 22, 2021.*

Respectfully submitted,

/s/ Marne Lenox
Marne Lenox
Assistant Federal Defender

*Kimba M. Wood*  1/21/21
SO ORDERED