UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: February 18, 2021 | |

                    v.

19-CR-810 (KMW)
**ORDER**

ARNOLD LEVINE,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Wednesday, February 24, 2021, at 10:30 a.m.  To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
      February 18, 2021

                                                                                 /s/ Kimba M. Wood
                                                                                 KIMBA M. WOOD
                                                                 United States District Judge