| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC.<br><br>David E. Patton<br>*Executive Director* | 52 Duane Street-10th Floor, New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392<br><br>*Southern District of New York*<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/21

February 19, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: **United States v. Arnold Levine**
    **19 Cr. 810 (KMW)**

Honorable Judge Wood:

A status conference in the above-captioned case is currently scheduled for February 24, 2021. Arnold Levine has indicated his interest in an in-person change of plea hearing, which the Court has referred to Magistrate Court. Accordingly, the parties are working to schedule a plea. In addition, months ago, the Court set a March 10, 2021 sentencing date in anticipation of Mr. Levine's plea. In light of these circumstances, the parties respectfully request the Court adjourn the February 24, 2021 conference and the March 10, 2021 sentencing date and instead schedule this matter for a control date in approximately 30 days for the parties to provide an update on the status of the plea. **Granted**

The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

A control date for a conference is scheduled for March 31, 2021. The parties shall update the Court by March 17. Time is excluded through March 31, 2021, pursuant to 18 USC 3161(h)(7)(A).

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:** N.Y., N.Y. 2/22/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.