```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Arnold Levine,

                Defendant.

[PROPOSED] kmw
ORDER

19 Cr. 810 (KMW)

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 8, 2021;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       March 15, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK