# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/21

May 4, 2021

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: **United States v. Arnold Levine**
    **19 Cr. 810 (KMW)**

Honorable Judge Wood:

I write to respectfully request a 45-day adjournment of Mr. Levine's sentencing and a corresponding extension of sentencing submission deadlines. The Government does not object to this request.

Mr. Levine's sentencing is currently scheduled for June 21, 2021, with the defense's sentencing memorandum due June 15, 2021 and the Government submission due June 17, 2021. Because of challenges posed by COVID-19, an adjournment is necessary to enable the defense to effectively represent Mr. Levine at sentencing.

Thank you for your consideration of this request.

*Sentencing is adjourned to August 17, 2021, at 11:00 a.m. Defendant's submission is due by August 3. Government submission is due by August 10.*

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc: Samuel Rothschild, Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y. 5/5/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.