# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/21

June 10, 2021

**MEMO ENDORSED**

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Arnold Levine**
      **19 Cr. 810 (KMW)**

Honorable Judge Wood:

I write to respectfully request a conference to address the issue of substitution of counsel. Mr. Levine has indicated that he no longer wishes to be represented by the Federal Defenders of New York. I believe we have an irreconcilable conflict in the attorney-client relationship and request that new CJA counsel be appointed to represent Mr. Levine.

Thank you for your consideration of this request.

*The court will submit a remote request for Mr. Levine for June 29, 2021, at 9:00 a.m., with an alternate date of July 1, 2021, at 11:00 a.m.*

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Samuel Rothschild, Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y. 6/15/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.