UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

ARNOLD LEVINE,

                           Defendants.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/21

**ORDER**
19 CR 810 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a telephone conference in the above-captioned case on Thursday, July 1, 2021, at 12:00 p.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818.

      SO ORDERED.

Dated: New York, New York
          June 23, 2021

                                               /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE