# M&B

## MOSKOWITZ & BOOK, LLP

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

October 14, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21
```

BY ECF

Hon. Kimba M. Wood
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    United States v. Arnold Levine
        19 Cr 810 (KMW)

Dear Judge Wood:

This letter is respectfully submitted on behalf of the defendant, Arnold Levine, to request an adjournment of his sentencing, which is currently scheduled to take place before Your Honor on November 22, 2021.

On July 1, 2021, Your Honor appointed me to represent Mr. Levine, substituting for Marne Lenox, Esq., of the Federal Defenders. Since my appointment, I have met with Mr. Levine, reviewed his file and begun the process of investigating various issues that relate to possible mitigation in connection with his sentencing. As part of that investigation, I am attempting to obtain Mr. Levine's school and mental health records but have not yet been able to get them. Once they are obtained, I will need some time to review them, discuss them with Mr. Levine and prepare an appropriate sentencing submission, a process which will take several months. Accordingly, it is respectfully requested that the Court adjourn Mr. Levine's sentencing to a date in February 2022 convenient to the Court and the parties.

I have discussed this request with AUSA Rothschild who advised me that the Government has no objection to the requested adjournment.

Thank you in advance for your consideration of this request.

*Sentencing is adjourned to February 9, 2022, at 11:00 a.m. Defendant's Submission is due by January 26. Government submission is due by February 2.*

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

SO ORDERED: N.Y., N.Y. 10/18/21

cc: Ausa Samuel Rothschild (by email)

*Kimba m. Wood*

KIMBA M. WOOD
U.S.D.J.